## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
27 Months with no term of supervised release to follow. That the term of supervised release imposed on November 09, 2001 is REVOKED.

X   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be designated to a facility where drug treatment is available

**RETURNED AND FILED**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

**JUL 1 8 2008**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __6/10/08__ to __FCI TALLADEGA__
at __Talladega, AL__ with a certified copy of this judgment.

_C. M. Keely_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL